McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:05-cr-00243 AWI |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION TO CONTINUE MOTIONS HEARING AND ORDER THEREON |
| ) | |
| ROLAND CHRISTOPHER ARSONS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the motions/status conference hearing currently set for December 12, 2005 may be continued to **January 23, 2006 at 9:00 a.m.**  Should any motion require testimony, a further hearing date will be set at the hearing on January 23, 2006.  Additionally, the parties are requesting that the following briefing schedule be set:

　　　　Moving papers to be filed by December 19, 2005;

　　　　Response to be filed by January 9, 2006;

　　　　Reply to be filed by January 16, 2006;

This request is being made due to the fact that additional discovery has been received and is being provided to the defense.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of

//

//

time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

Dated: November 22, 2005

McGREGOR W. SCOTT
United States Attorney

By: /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant U.S. Attorney

Dated: November 22, 2005

/s/ James R. Homola
JAMES R. HOMOLA
Attorney for the Defendant

ORDER CONTINUING HEARING DATE

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

IT IS SO ORDERED.

Dated:   November 23, 2005              /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE

2