McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:05-cr-00243 AWI |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION TO CONTINUE |
| ) | MOTIONS HEARING AND |
| ROLAND CHRISTOPHER ARSONS, ) | ORDER THEREON |
| ) | |
| Defendant. ) | |
| ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the motions/status conference hearing currently set for **January 23, 2006** may be continued to **March 20, 2006 at 9:00 a.m.**  Should any motion require testimony, a further hearing date will be set at the hearing on March 20, 2006.  Additionally, the parties are requesting that the following briefing schedule be set:

    Response to be filed by February 13, 2006;

    Reply to be filed by February 27, 2006;

    This request is being made due to the fact that additional discovery has been received including witness statements and the government needs additional time to complete the response.  The parties' trial schedule necessitates the lengthy continuance.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including

//

//

but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

| | |
|---|---|
| Dated: January 9, 2006 | McGREGOR W. SCOTT<br>United States Attorney |
| | By: /s/ Laurel J. Montoya<br>LAUREL J. MONTOYA<br>Assistant U.S. Attorney |
| Dated: January 9, 2006 | /s/ James R. Homola<br>JAMES R. HOMOLA<br>Attorney for the Defendant |

## ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:   January 9, 2006**               /s/ **Anthony W. Ishii**
0m8i78                         UNITED STATES DISTRICT JUDGE