McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
Rm. 4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-cr-00243 AWI |
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO CONTINUE MOTIONS HEARING AND ORDER THEREON |
| ROLAND CHRISTOPHER ARSONS, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the motions/status conference hearing currently set for **March 20, 2006** may be continued to **April 17, 2006 at 9:00 a.m.** Should any motion require testimony, a further hearing date will be set at the hearing on April 17, 2006. Additionally, the parties are requesting that the following briefing schedule be set:

Response to be filed by March 27, 2006;

Reply to be filed by April 10, 2006;

This request is being made due to the government needs additional time to complete the response. The parties agree that the delay resulting from the continuance shall be excluded in the

//

//

//

1

interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

Dated: March 14, 2006                                  McGREGOR W. SCOTT
                                                                       United States Attorney


                                                                       By: /s/ Laurel J. Montoya
                                                                       LAUREL J. MONTOYA
                                                                       Assistant U.S. Attorney


Dated: March 14, 2006                                   /s/ James R. Homola
                                                                       JAMES R. HOMOLA
                                                                       Attorney for the Defendant


ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:   March 15, 2006**                              **/s/ Anthony W. Ishii**
0m8i78                                                                 UNITED STATES DISTRICT JUDGE

2