```
 1  JAMES R. HOMOLA  #60244
    Attorney at Law
 2  2950 Mariposa Street, Ste. 250
    Fresno, California 93721
 3  Telephone: (559) 441-7111

 4  Attorney for Defendant
    ROLAND ARSONS
 5

 6              IN THE UNITED STATES DISTRICT COURT FOR THE

 7                    EASTERN DISTRICT OF CALIFORNIA

 8                              * * * * *

 9  UNITED STATES OF AMERICA,    |   CASE NO. CR-F 05-0243 AWI
                                 |
10             Plaintiff,        |   STIPULATION AND REQUEST
                                 |   TO CONTINUE MOTIONS HEARING
11  vs.                          |   AND PROPOSED ORDER
                                 |
12  ROLAND ARSONS,               |   Date: May 30, 2006
                                 |   Time: 9:00 am
13             Defendant.        |
    _____/
14
```

15  IT IS HEREBY STIPULATED between the parties, through their
16  respective counsel, that they jointly request continuance of the
17  motions hearing/status conference, currently set for May 30,
18  2006, at 9:00 am, to July 17, 2006, at 9:00 am. of the
19  Constitution.

20      The request is made due to the need for additional time to
21  obtain the reports of expert witnesses already engaged to analyze
22  and address the allegation of fact at issue, and for the
23  government to review and respond to such reports.

**James R. Homola**
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111

The parties agree that delay resulting from the continuance shall be excluded in the interests of justice, specifically, the need for the period of time set forth herein for effective defense preparation, within the meaning of 18 USC §3161(h)(8)(A), (B).

DATED: May 19, 2006                     Respectfully submitted,

                                        /s/ James R. Homola
                                        JAMES R. HOMOLA
                                        Attorney for Defendant
                                        ROLAND ARSONS

                                        /s/ Laurel Montoya
                                        LAUREL MONTOYA
                                        Asst U.S. Attorney
                                        (by permission)

_____

ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.  Time is excluded in the interests of justice, pursuant to 18 USC §3161(h)(8)(A), and (B).

IT IS SO ORDERED.

**Dated:   May 24, 2006**                     /s/ Anthony W. Ishii
0m8i78                                        UNITED STATES DISTRICT JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111