1  McGREGOR W. SCOTT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  Rm. 4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5

6

7

8                IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )      1:05-cr-00243 AWI
                                       )
12              Plaintiff,             )
                                       )
13         v.                          )      STIPULATION TO CONTINUE
                                       )      MOTIONS HEARING AND
14  ROLAND CHRISTOPHER ARSONS,         )      ORDER THEREON
                                       )
15              Defendant.             )
                                       )
16  ─────────────────────────────────

17         IT IS HEREBY STIPULATED by and between the parties hereto, and through their

18  respective counsel, that the motions/status conference hearing currently set for **September 18,**

19  **2006** may be continued to **October 23, 2006 at 9:00 a.m.**

20         This request is being made due to the government needs additional time to complete the

21  response.  The parties agree that the delay resulting from the continuance shall be excluded in the

22  //

23  //

24  //

25  //

26  //

27  //

28  //

1

1  interests of justice, including but not limited to, the need for the period of  time set forth herein for

2  effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and

3  3161(h)(8)(B)(i).

4  Dated: September 14, 2006                                McGREGOR W. SCOTT
                                                           United States Attorney

5

6                                                          By: /s/ Laurel J. Montoya
                                                           LAUREL J. MONTOYA

7                                                          Assistant U.S. Attorney

8

9  Dated: September 14, 2006                                /s/ James R. Homola
                                                           JAMES R. HOMOLA

10                                                         Attorney for the Defendant

11

12

13                          ORDER CONTINUING HEARING DATE

14         IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§

15  3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

16

17  IT IS SO ORDERED.

18  **Dated:     September 15, 2006**              **/s/ Anthony W. Ishii**
    0m8i78                                    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

2