McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
Rm. 4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-cr-00243 AWI |
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO CONTINUE MOTIONS HEARING AND ORDER THEREON |
| ROLAND CHRISTOPHER ARSONS, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the motions/status conference hearing currently set for **October 23, 2006** may be continued to **November 6, 2006 at 9:00 a.m.**

This request is being made due to the government needs additional time to complete the response. The parties agree that the delay resulting from the continuance shall be excluded in the

//
//
//
//
//
//
//

1

interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

| | |
|---|---|
| Dated: October 19, 2006 | McGREGOR W. SCOTT<br>United States Attorney<br><br>By: /s/ Laurel J. Montoya<br>LAUREL J. MONTOYA<br>Assistant U.S. Attorney |
| Dated: October 19, 2006 | /s/ James R. Homola<br>JAMES R. HOMOLA<br>Attorney for the Defendant |

## ORDER CONTINUING HEARING DATE

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:   October 20, 2006**          /s/ Anthony W. Ishii
0m8i78                    UNITED STATES DISTRICT JUDGE