1  McGREGOR W. SCOTT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  Rm. 4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )      1:05-cr-00243 AWI
                                      )
12            Plaintiff,              )
                                      )
13       v.                           )      STIPULATION TO CONTINUE
                                      )      MOTIONS HEARING AND
14 ROLAND CHRISTOPHER ARSONS,         )      ORDER THEREON
                                      )
15            Defendant.              )
                                      )
16 _____     )

17       IT IS HEREBY STIPULATED by and between the parties hereto, and through their

18 respective counsel, that the evidentiary hearing on the motion currently set for **December 19, 2006**

19 be taken off calendar at this time and a status conference hearing be set for **January 16, 2007, at**

20 **9:00 a.m.**

21       When the December 19, 2006 hearing date was set, the government sent subpoenas to the

22 law enforcement personnel who authored the declarations.  Counsel for the government was

23 informed by witness Investigator Steven Yu that he had holiday travel plans and his flight was

24 scheduled to depart on December 19, 2006 and that he was unavailable.  Mr. Yu told counsel for

25 the government that he would not be available until after the first of the year.  Counsel for the

26 government informed defense counsel of the unavailability of Mr. Yu and it is a mutual request to

27 set the matter for a status hearing in January.  This would give both counsel for the government

28 and defense counsel an opportunity to check the availability of witnesses including the expert

                                      1

1    witnesses the defense wishes to have testify at the hearing.  It is the government's understanding

2    these expert witnesses authored the declarations submitted by the defense and that there are travel

3    issues as they do not practice locally.  At the January 16, 2007 hearing, the parties will be asking to

4    set another date for an evidentiary hearing.

5          The parties agree that the delay resulting from the continuance shall be excluded in the

6    interests of justice, including but not limited to, the need for the period of  time set forth herein for

7    effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and

8    3161(h)(8)(B)(i).

9    Dated: December 12, 2006                                      McGREGOR W. SCOTT
                                                                    United States Attorney
10

11                                                                  By: /s/ Laurel J. Montoya
                                                                    LAUREL J. MONTOYA
12                                                                  Assistant U.S. Attorney

13

14   Dated: December 12, 2006                                       /s/ James R. Homola
                                                                    JAMES R. HOMOLA
15                                                                  Attorney for the Defendant

16

17

18                        ORDER CONTINUING HEARING DATE

19          IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§

20   3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

21

22   IT IS SO ORDERED.

23   **Dated:    December 13, 2006**                   **/s/ Anthony W. Ishii**
     0m8i78                                    UNITED STATES DISTRICT JUDGE
24

25

26

27

28

2