McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
Rm. 4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-cr-00243 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION TO CONTINUE |
| | ) | MOTIONS HEARING AND |
| ROLAND CHRISTOPHER ARSONS, | ) | ORDER THEREON |
| | ) | |
| Defendant. | ) | |
| | ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the status conference hearing/setting of briefing schedule currently set for **April 2, 2007** may be continued to **April 30, 2007 at 9:00 a.m.**

   This request is being made due to the government needs additional time to determine if further briefing will be submitted and if additional expert testimony will be presented.  The government is currently in trial in this court.  Due to being engaged in trial preparation, the government has been unable to make the necessary determinations regarding further expert testimony.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of  time set forth herein

//

//

//

1 | for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and
2 | 3161(h)(8)(B)(i).
3 | Dated: March 28, 2007                                  McGREGOR W. SCOTT
  |                                                        United States Attorney
4 |
5 |                                                        By: /s/ Laurel J. Montoya
  |                                                        LAUREL J. MONTOYA
6 |                                                        Assistant U.S. Attorney
7 |
8 | Dated: March 28, 2007                                   /s/ James R. Homola
  |                                                        JAMES R. HOMOLA
9 |                                                        Attorney for the Defendant
10 |
11 |
12 |                         ORDER CONTINUING HEARING DATE
13 |         IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§
14 | 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).
15 |
16 | IT IS SO ORDERED.
17 | **Dated:    March 30, 2007**                            **/s/ Anthony W. Ishii**
   | 0m8i78                                                 UNITED STATES DISTRICT JUDGE
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

2