IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

* * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | \| | CASE NO. CR-F 05-0243 AWI |
| | \| | |
|     Plaintiff, | \| | ORDER CONTINUING |
| | \| | STATUS CONFERENCE |
| vs. | \| | |
| | \| | |
| ROLAND ARSONS, | \| | Date: April 30, 2007 |
| | \| | Time: 9:00 am |
|     Defendant. | \| | |

_____

    On April 27, 2007, the following stipulation in the above entitled case was filed:

IT IS HEREBY STIPULATED between the parties, through their respective counsel, that they jointly request continuance of the status conference, currently set for April 30, 2007, at 9:00 am, to May 29, 2007, at 9:00 am.

    The request is made due to scheduling conflicts and to provide additional time for further testing of evidence.  The parties agree that delay resulting from the continuance shall be excluded in the interests of justice, specifically, the need for the period of time set forth herein for effective defense preparation, within the meaning of 18 USC §3161(h)(8)(A), (B).

```
DATED: April 26, 2007                    Respectfully submitted,


                                    /s/ James R. Homola
                                    JAMES R. HOMOLA
                                    Attorney for Defendant
                                         ROLAND ARSONS

                                    /s/ Laurel Montoya
                                    LAUREL MONTOYA
                                    Asst U.S. Attorney
                                    (by permission)
```

### ORDER

In accordance with the stipulation, IT IS HEREBY ORDERED that the April 30, 2007, hearing date is VACATED and RESET for May 29, 2007, at 9:00 a.m.  Time is excluded in the interests of justice, pursuant to 18 USC §3161(h)(8)(A), and (B).

IT IS SO ORDERED.

**Dated:   April 27, 2007**                        /s/ **Anthony W. Ishii**
                                   UNITED STATES DISTRICT JUDGE