```
1  JAMES R. HOMOLA   #60244
   Attorney at Law
2  2950 Mariposa Street, Ste. 250
   Fresno, California 93721
3  Telephone: (559) 441-7111

4  Attorney for Defendant
   ROLAND ARSONS
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-F 05-0243 AWI |
| Plaintiff, | STIPULATION AND REQUEST TO CONTINUE STATUS CONFERENCE |
| vs. | AND ORDER |
| ROLAND ARSONS, | Date: June 25, 2007<br>Time: 9:00 am |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties, through their respective counsel, that they jointly request continuance of the status conference, currently set for June 25, 2007, at 9:00 am, to July 30, 2007, at 9:00 am.

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

The request is made to permit the government to obtain results from evidence submitted for testing. The parties agree that delay resulting from the continuance shall be excluded in the interests of justice.

DATED: June 19, 2007					Respectfully submitted,

					/s/ James R. Homola
					JAMES R. HOMOLA
					Attorney for Defendant
					ROLAND ARSONS

					/s/ Laurel Montoya
					LAUREL MONTOYA
					Asst U.S. Attorney
					(by permission)

_____

ORDER CONTINUING HEARING DATE

IT IS SO ORDERED. Time is excluded in the interests of justice, pursuant to 18 USC §3161.

IT IS SO ORDERED.

**Dated:   June 20, 2007**			    /s/ Anthony W. Ishii
					UNITED STATES DISTRICT JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
  Suite 250
Fresno, CA 93721
(559) 441-7111

2