```
 1  JAMES R. HOMOLA  #60244
    Attorney at Law
 2  2950 Mariposa Street, Ste. 250
    Fresno, California 93721
 3  Telephone: (559) 441-7111

 4  Attorney for Defendant
    ROLAND ARSONS
 5

 6

 7

 8            IN THE UNITED STATES DISTRICT COURT FOR THE

 9                    EASTERN DISTRICT OF CALIFORNIA

10                              * * * * *

11

12  UNITED STATES OF AMERICA,    |   CASE NO. CR-F 05-0243 AWI
                                 |
13           Plaintiff,           |   STIPULATION AND REQUEST
                                 |   TO CONTINUE STATUS CONFERENCE
14  vs.                          |   AND ORDER
                                 |
15  ROLAND ARSONS,                |   Date: July 30, 2007
                                 |   Time: 9:00 am
16           Defendant.           |
    _____/
17

18  IT IS HEREBY STIPULATED between the parties, through their

19  respective counsel, that they jointly request continuance of the

20  status conference, currently set for July 30, 2007, at 9:00 am,

21  to August 27, 2007, at 9:00 am.
```

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

The request is made to permit the defendant to attend funeral services of a relative.  The parties agree that delay resulting from the continuance shall be excluded in the interests of justice.

DATED: July 25, 2007                         Respectfully submitted,

                                                /s/ James R. Homola
                                                JAMES R. HOMOLA
                                                Attorney for Defendant
                                                ROLAND ARSONS

                                                /s/ Laurel Montoya
                                                LAUREL MONTOYA
                                                Asst U.S. Attorney
                                                (by permission)

_____

ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.  Time is excluded in the interests of justice, pursuant to 18 USC §3161.


IT IS SO ORDERED.

**Dated:   July 27, 2007**                         /s/ Anthony W. Ishii
                                                UNITED STATES DISTRICT JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
  Suite 250
Fresno, CA 93721
(559) 441-7111