IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

* * * * *

UNITED STATES OF AMERICA,  |    CASE NO. CR-F 05-0243 AWI
                           |
          Plaintiff,       |    STIPULATION AND REQUEST
                           |    TO CONTINUE STATUS CONFERENCE
vs.                        |    AND PROPOSED ORDER
                           |
ROLAND ARSONS,             |    Date: August 27, 2007
                           |    Time: 9:00 am
          Defendant.       |
_____/

IT IS HEREBY STIPULATED between the parties, through their

respective counsel, that they jointly request continuance of the

status conference, currently set for August 27, 2007, at 9:00 am,

to September 17, 2007, at 9:00 am.


    The request is made because counsel for the government will

be unavailable on the date currently scheduled.  The parties

agree that delay resulting from the continuance shall be excluded

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

in the interests of justice.

DATED: August 22, 2007                    Respectfully submitted,


                                          /s/ James R. Homola
                                          JAMES R. HOMOLA
                                          Attorney for Defendant
                                          ROLAND ARSONS

                                          /s/ Laurel Montoya
                                          LAUREL MONTOYA
                                          Asst U.S. Attorney
                                          (by permission)


_____

ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.  Time is excluded in the interests of justice,

pursuant to 18 USC §3161.

Dated:

IT IS SO ORDERED.

**Dated:   August 23, 2007**              _____/s/ Anthony W. Ishii_____
                                          UNITED STATES DISTRICT JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
  Suite 250
Fresno, CA 93721
(559) 441-7111                            2