McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
Rm. 4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-cr-00243 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION TO CONTINUE |
| | ) | MOTIONS HEARING AND |
| ROLAND CHRISTOPHER ARSONS, | ) | ORDER THEREON |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the status conference and motion hearing currently set for **September 17, 2007** may be continued to **October 22, 2007 at 9:00 a.m.**  Further briefing and/or declarations will be filed with the court by **October 9, 2007**.  Any reply may be filed by **October 15, 2007**.

This request is being made due to the government needs additional time to determine if further briefing will be submitted and if additional expert testimony by way of declaration will be presented.  The failure of the defendant to appear at a hearing set in this matter then not surrendering himself has contributed to the delay in that the government discontinued preparation once the defendant absconded from Pre-Trial Services supervision.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not

//

//

1

1 limited to, the need for the period of time set forth herein for effective defense preparation
2 pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

Dated: September 14, 2007                              McGREGOR W. SCOTT
                                                       United States Attorney

                                                       By: /s/ Laurel J. Montoya
                                                       LAUREL J. MONTOYA
                                                       Assistant U.S. Attorney


Dated: September 14, 2007                               /s/ James R. Homola
                                                       JAMES R. HOMOLA
                                                       Attorney for the Defendant


ORDER CONTINUING HEARING DATE

    IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:   September 14, 2007**                         /s/ Anthony W. Ishii
                                                       UNITED STATES DISTRICT JUDGE

2