

FILED
NOV 13 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

1  JAMES R. HOMOLA   #60244
   Attorney at Law
2  2950 Mariposa Street, Ste. 250
   Fresno, California 93721
3  Telephone: (559) 441-7111

4  Attorney for Defendant
   ROLAND ARSONS

5

6

7

8                IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

                              * * * * *
10

11 UNITED STATES OF AMERICA,     |   CASE NO. CR-F 05-0243 AWI
                                 |
12              Plaintiff,       |   MOTION TO EXONERATE BOND
                                 |
13 vs.                           |
                                 |
14 ROLAND ARSONS,                |
                                 |
15              Defendant.       |
   _____/
16

17 TO McGREGOR SCOTT, U.S. ATTORNEY, AND LAUREL MONTOYA, ASSISTANT

18 U.S. ATTORNEY:

19         PLEASE TAKE NOTICE that Defendant ROLAND ARSONS, by and

20 through his attorney hereby moves this court for an order to

21 exonerate the cash bond posted to secure his release from custody,

22 and return same to the owner thereof. The attached Declaration of

23 GEORGEAN ARSONS is submitted in support of this motion.

24         The previous conditions of release were revoked after

25 a violation was admitted by the Defendant, and he surrendered to

the custody of the U.S. Marshal, where he remains pending trial or other resolution of the charges pending against him.

It is therefore requested that the Court order exoneration of the surety previously posted to secure his release.

Dated: October 25, 2007          Respectfully submitted,

/s/ James R. Homola
James R. Homola
Attorney for Defendant
ROLAND ARSONS

**DECLARATION**

I, GEORGEAN ARSONS, declare:

1. In July, 2005, I submitted to the Clerk of the Court, by cashier's check, the sum of $50,000 as surety for the appearance of ROLAND ARSONS in this case.

2. On September 5, 2007, ROLAND ARSONS reported to the custody of the U.S. Marshal, and he remains in custody pending resolution of this case, pursuant to the revocation of the previous conditions of release.

3. The funds posted to secure the Defendant's release were obtained by a loan from the retirement fund of his father, and must be restored to that fund to avoid substantial penalties.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Fresno, California, on October 26, 2007

/s/ Georgean Arsons

GEORGEAN ARSONS

2

1  **ORDER**

2  IT IS HEREBY ORDERED that the bond posted in this case, on or about

3  July 13, 2005, be exonerated, and the funds returned to the owner

4  thereof.

6  IT IS SO ORDERED.

7  Dated:   **October 29, 2007**          /s/ **Anthony W. Ishii**
                                            UNITED STATES DISTRICT JUDGE

3