UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROLAND CHRISTOPHER ARSONS,<br><br>    Defendant.<br>_____/ | No. CR 05-00243-01 AWI<br><br>EX PARTE REQUEST AND ORDER FOR PERMISSION FOR LATE FILING OF DEFENDANT'S SENTENCING MEMORANDUM, INCLUDING, OBJECTIONS TO PSR |

Defendant filed the following request:

COMES NOW defendant Roland Arsons, through counsel, and hereby respectfully requests permission to file his sentencing memorandum, including, objections to PSR, two days late, on August 6, 2008.

Defendant respectfully requests permission to file said motion late because further time was needed to confer with the Government regarding its position with respect to his criminal history points at issue therein, and also to conduct further factual investigation related to defendant's criminal history.

Assistant United States Attorney Laurel Montoya advised that she has no objection to this request.

Dated:  August 6, 2008                     Respectfully submitted,

JAMES BUSTAMANTE
Attorney for Defendant
ROLAND CHRISTOPHER ARSONS

/S/ALEXANDRA RAHN
By ALEXANDRA RAHN

## ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: August 6, 2008

/S/JAMES BUSTAMANTE
JAMES BUSTAMANTE

## **ORDER**

In light of the apparent non-opposition of the government, Defendant's ex parte request for a late filing is GRANTED and Defendant may file on AUGUST 6, 2008.

IT IS SO ORDERED.

**Dated:   August 7, 2008**                     /s/ Anthony W. Ishii
                                             CHIEF UNITED STATES DISTRICT JUDGE